IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. )<br>JEFFREY E. MAIN, )<br>　)<br>　　　　　Plaintiff, )<br>　)<br>　v. )<br>　)<br>OAKLAND CITY UNIVERSITY, )<br>founded by GENERAL BAPTISTS, INC., )<br>d/b/a OAKLAND CITY UNIVERSITY, )<br>　)<br>　　　　　Defendant. ) | Cause No. 3:03-CV-71 RLY-WGN |

**PLAINTIFF'S IDENTIFICATION OF
JEFFREY C. FROEHLE, CFE, CPA
AS CASE SPECIFIC EXPERT AND
<u>PROFFER OF EXPERT REPORT</u>**

The Plaintiff, U.S. ex rel., Jeffrey E. Main, by counsel, Lane C. Siesky of Siesky Law Firm, PC, hereby identifies Jeffrey C. Froehle, CFE, CPA, as a case specific expert and produce his expert report and would show unto this Court as follows:

　　1.  Plaintiff, U.S. ex rel. Jeffrey E. Main, identifies Jeffrey C. Froehle, CFE, CPA as a case specific expert and proffers his expert report, a copy of which is attached as Exhibit "A".

　　2.  A copy of his Curriculum Vitae is attached as Exhibit "B".

　　3.  Mr. Froehle has not testified as an expert in the previous four (4) years.  However, he did testify as a fact witness in a Federal Grand Jury investigation in Philadelphia involving CSC Institute, a former client of his, for when he had provided audit services.

　　4.  Mr. Froehle has not authored any publications on the topics involved in this case in the last ten (10) years.

　　4.  Mr. Froehle estimates that his fees will total approximately $9,000.00 to $12,000.00 if this case proceeds to trial.  To date, he has been paid approximately $4,000.00.

1

Plaintiff reserves the right to identify additional generic and case specific experts and Proffer reports of the same in accordance with the schedules provided for by the Court's pretrial orders.  In addition, plaintiff reserves the right to identify rebuttal experts and to proffer expert reports of same.

DATED:  September 29, 2006.

        Respectfully Submitted,

        */s/ Lane C. Siesky, Esq.*
        Lane C. Siesky #21094-53
        SIESKY LAW FIRM, PC
        4424 Vogel Road, Suite 305
        Evansville, IN 47715
        Telephone: (812) 402-7700
        Fax: (812) 402-7744
        lane@sieskylaw.com
        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 29, 2006 a copy of the foregoing Plaintiff's Identification of Jeffrey C. Froehle, CFE, CPA as a case specific expert was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

  Jonathan D. Tarnow, Esq.
  Anthony E. Orr, Esq.
  Michael J. McManus, Esq.
  DRINKER, BIDDLE & REATH, LLP
  jonathan.tarnow@dbr.com

  Erin Reilly Lewis, Esq.
  U.S. ATTORNEY'S OFFICE
  erin.lewis@usdoj.gov
  linda.hendrickson@usdoj.gov

  James D. Johnson, Esq.
  RUDOLPH, FINE, PORTER & JOHNSON, LLP
  jdj@rfpj.com
  cjk@rfpj.com

  Douglas Welp, Esq.
  BAMBERGER, FORMAN, OSWALD AND HAHN, LLP
  dwelp@bamberger.com

  Gary J. Clendening
  MALLOR, CLENDENING, GROGNER & BOHRER, LLP
  gclendening@mcgb.com

                *Lane C. Siesky*
                Lane C. Siesky, Esq.