# Education Services Group



## Jeff Froehle – Audit Partner

Jeff is a CPA specializing in audit and compliance of post-secondary educational institutions. In August of 2005 his firm, Froehle & Co, Inc., P.C., located in Franklin, Ohio, merged with Lazard Dana LLP. This combined organization brings together a unique skill set in educational accounting services and, in particular, financial statement and student financial aid compliance audits.

Jeff is in his third decade (26+ years) doing governmental audits for private colleges and trade schools. With an experienced staff of auditors, Jeff leads a team that performs both fiscal and compliance audits of the Federal Title IV Financial Assistance programs at these institutions. Jeff and his team have currently performed audits and compliance work at over 120 schools nationwide and have completed over 3,000 Title IV compliance audits.

After graduation from Purdue University with a B.S., Jeff served as a special agent in the U.S. Air Force's Office of Special Investigations. Upon leaving the military, Jeff completed the required course work for a second degree in accounting at the University of Cincinnati. After completing over two years with a national accounting firm, two years as a controller for an optical manufacturing company, and one year at a local accounting firm, Jeff started his own CPA firm in 1977.

When Jeff isn't out and about on an audit engagement, he spends time with his wife, Lee planning trips and cruises for clogging groups. If they have free time, it is spent with antique and classic cars or fishing.

### EDUCATION
- B.S., 1964, Purdue University, Major: Entomology
- University of Cincinnati, post-Baccalaureate course work in Accounting
- Post-graduate and additional courses at the University of Maryland, the University of Dayton

### CERTIFICATIONS and MEMBERSHIPS
- Certified Public Accountant – Licensed in over 35 states
- Certified Fraud Examiner
- Member, American Institute of Certified Public Accountants
- Member, Ohio Society of Certified Public Accountants
- Member, American Association of Certified Fraud Examiners

### CIVIC INVOLVEMENT
- Member, Franklin-Springboro-Carlisle Chapter of Rotary International, including past president



EXHIBIT B



LAZARD DANA
CERTIFIED PUBLIC ACCOUNTANTS
...creating value in each relationship